UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>          -against-<br><br>MORGAN STANLEY & CO. INCORPORATED,<br><br>                    Defendant. | Case No. 1:03-cv-02948 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

On December 16, 2025, the Court granted Defendant's unopposed Rule 60(b) motion to

modify and enter an amended final judgment.  Dkt. 153.  Given that there are no pending issues

in this case, the Clerk of the Court is respectfully directed to close this case.

Dated: January 13, 2026
          New York, New York

SO ORDERED.

_Jennifer Rochon_

JENNIFER L. ROCHON
United States District Judge